# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MARCEL DEWAYNE THOMPSON

NO. 2023 KW 0895

**OCTOBER 23, 2023**

---

In Re:    Marcel Dewayne Thompson, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 558732.

---

**BEFORE:    WELCH, HOLDRIDGE, AND WOLFE, JJ.**

**WRIT DENIED.**  The record shows that in exchange for a forty-year sentence on a double bill, relator voluntarily waived his right to a habitual offender hearing and stipulated to the allegations contained in the habitual offender bill of information.  As a result, relator waived appellate review of the sentence, his status as a habitual offender, and any claim that the State failed to prove the applicable cleansing period did not lapse.  See La. R.S. 15:529.1(D)(1)(b); **State v. White**, 2021-0202 (La. App. 1st Cir. 10/4/21), 330 So.3d 663, 666-67. Therefore, the district court did not err by denying the motion to correct an illegal habitual offender sentence.

**JEW**
**GH**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT